[No. 23574-5-I.  Division One.  January 22, 1990.]

HOLLI LYNETTE RILEY, ET AL, *Appellants,* v. RONALD
BROWN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86-2-00683-1, Marshall Forrest, J., entered December 30, 1988. *Affirmed* by unpublished opinion per Deierlein, J. Pro Tem., concurred in by Webster and Pekelis, JJ.


[No. 11747-9-II.  Division Two.  January 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
BALDWIN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-1-00363-1, Donald H. Thompson, J., entered January 13, 1988. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.


[No. 11592-1-II.  Division Two.  January 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SUZAN
KATHLEEN RUIZ, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 87-1-00092-2, Gary W. Velie, J., entered December 18, 1987. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ.